■ ALOYSIUS ROBERTS, Appellant, v. BERTHA ROBERTS, Respondent.— Judgment, so far as appealed from, and the order denying plaintiff's motion to eliminate the provision for payment of alimony to defendant, unanimously affirmed, with costs. Upon the evidence adduced in this annulment action, in which plaintiff obtained judgment on the ground of a prior subsisting marriage by defendant, it cannot be said that the allowance of alimony to defendant, pursuant to the provisions of section 1140-a of the Civil Practice Act, did not constitute a valid exercise of discretion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ EDWARD M. NASH, Respondent, v. MAX FRANK, Individually and as Executor of LOUIS B. FRANK, Deceased, et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See post, p. 967.]

■ In the Matter of ELVERA M. MCNANEY, Appellant, against NEW YORK CITY TEACHERS' RETIREMENT FUND, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of NEW YORK BAPTIST CITY SOCIETY, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order modified so as to grant full exemption and, as so modified, affirmed, with $20 costs and disbursements to the appellant. On this record it clearly appears that the exclusive use of the premises was in furtherance of the missionary purposes of the relator. Concur — Breitel, J. P., Botein and Rabin, JJ.; Frank and Valente, JJ., dissent and vote to affirm. Settle order on notice.

■ MATTHEW J. FINNEGAN et al., Appellants, v. MANUEL SELENGUT et al., Respondents.— Upon the trial of this action for a judgment declaring the rights of stockholders and directors of this New Jersey corporation, it was disclosed that a proceeding was pending in the New Jersey courts in which the issues involved in this case would necessarily have to be decided. Under the circumstances, the discretionary remedy of declaratory judgment should be withheld and the judgment appealed from unanimously modified so as to provide for the dismissal of the defendants' counterclaim and, as so modified, affirmed. (City of New York v. Maltbie, 248 App. Div. 39; Trustees of Columbia University v. Kalvin, 226 App. Div. 775.) Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD C. ALEXION, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ DAVID MARGULIES et al., Copartners Doing Business under the Name of A. M. J. NOVELTY CO., et al., Respondents, v. IRVING MITTLEMARK et al., Copartners Doing Business under the Name of SIXTH AVENUE & THIRTY NINTH STREET ASSOCIATES, Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants and the motion granted (Edward Tarr, Inc. v. Phoenix Pubs., 1 A D 2d 189, affd. 1 N Y 2d 870), and judgment is directed to be entered in favor of the defendants dismissing the complaint herein, with costs. The affidavits raise no issue of fact with respect to the tenants' agreement to remove after 16 months, a period longer than that authorized by the statute. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ W. T. ROYSTON COMPANY et al., Appellants, v. JOSEPH J. MASCUCH, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.